IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TYRONE L. TURNER, JR. PLAINTIFF

v. Case No. 6:26-cv-6082

DRIVER OF ARKANSAS DEPARTMENT
OF CORRECTIONS TRANSPORT TEAM;
ARKANSAS DEPARTMNT OF CORRECTIONS;
and ARKANSAS DEPARTMENT OF
CORRECTIONS INSURANCE COMPANY DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed October 19, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Ford recommends that this case be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 18) *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of November, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge